Mark R. Vermeulen  [CSBN 115381]
Law Office of Mark R. Vermeulen
755 Florida Street #4
San Francisco, CA 94110.2044
Phone: 415.824.7533
Fax: 415.824.4833
vermeulen@mindspring.com

Attorney for Defendant
SALVADOR LOMELI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SALVADOR LOMELI,<br><br>    Defendant. | No.  3:16-mj-70454 SK<br><br>**STIPULATION AND [Proposed] ORDER TO CONTINUE HEARING AND TO EXCLUDE TIME**<br><br>Date:  June 2, 2016<br>Time:  9:30 a.m. |

    This matter is set for a preliminary hearing or arraignment on an indictment before this Court on June 2, 2016.  The parties request that this matter be continued to June 8, 2016 at 9:30 a.m. for further setting.  Pursuant to Fed. R. Crim. P. 5.1(d), the defendant consents to extending the time limits set forth in Fed. R. Crim. P. 5.1(c) to exclude from the 21-day limit the time from June 2, 2016 to the newly proposed hearing date June 8, 2016 to accommodate this request, and defense counsel needs to obtain and review discovery, to conduct investigation, and to otherwise prepare the defense.  As a result, the parties request that the Court exclude time between June 2, 2016 and June 8, 2016 for effective preparation of defense counsel, taking into account the exercise of due diligence, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  The extension is not sought for delay, and the parties agree the

/ / /

/ / /

/ / /

-1-

STIPULATION AND [Proposed] ORDER
CONTINUING HEARING AND EXCLUDING TIME

1  ends of justice served by granting the continuance outweigh the best interests of the public and the
2  defendant in a speedy trial.

3  Dated: May 26, 2016                              Brian J. Stretch
                                                    United States Attorney

4
                                                    /S/
5                                                   Laura Vartain-Horne
                                                    Matthew L. McCarthy
6                                                   Assistant United States Attorneys

7
   Dated: May 26, 2016                              /S/
8                                                   Mark R. Vermeulen
                                                    Attorney for Defendant
9                                                   SALVADOR LOMELI

10
                                    ORDER
11
        IT IS HEREBY ORDERED that this matter is continued to June 8, 2016 at 9:30 a.m. for further
12
   setting.
13
        IT IS FURTHER ORDERED that pursuant to Fed. R. Crim. P. 5.1(d), the 21-day limit set forth
14
   in Fed. R. Crim. P. 5.1(c) shall be extended, such that the 21-day limit shall run from June 8, 2016.
15
        IT IS FURTHER ORDERED that time between June 2, 2016 and June 8, 2016 is excluded
16
   pursuant to the Speedy Trial Act for effective preparation of defense counsel, taking into account the
17
   exercise of due diligence, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). Based upon the
18
   parties' stipulation, the Court finds that the extension is not sought for delay, and the ends of justice
19
   served by granting the continuance outweigh the best interests of the public and the defendant in a
20
   speedy trial.
21
        IT IS SO ORDERED.
22

23  Dated: May 27, 2016                             _____
                                                    Nandor J. Vadas
24                                                  United States Magistrate Judge

25
26
27
28
                                               -2-
   STIPULATION AND [Proposed] ORDER
   CONTINUING HEARING AND EXCLUDING TIME